IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. ANN M. DISHINGER, et al., Defendants. | CIVIL ACTION FILE NO. 1:22-CV-3258-TWT |

## ORDER

This is a civil action by the SEC against the Defendants for insider trading. It is before the Court on the SEC's Motion For Entry Of Consent Judgment As to Defendants Jerrold I. Palmer and Lawrence M. Palmer [Doc. 10] which is GRANTED.

SO ORDERED, this  12th  day of October, 2022.

THOMAS W. THRASH, JR.
United States District Judge