# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:23-CV-2083 |
| Plaintiff, | |
| v. | Hon. Matthew F. Kennelly, *Judge Presiding* |
| ANN M. DISHINGER, JERROLD I. PALMER, and LAWRENCE M. PALMER, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's order of January 12, 2024, the parties submit the following joint status report.

The Securities and Exchange Commission ("SEC") filed a complaint against Defendants Ann M. Dishinger ("Dishinger"), Jerrold I. Palmer, and Lawrence M. Palmer alleging insider trading in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder.[1]  15 U.S.C. ¶78j(b); 17 C.F.R. 240.10b-5.

---

[1] Defendants Larry Palmer and Jerry Palmer have reached settlement agreements with the SEC. Dk. #14-15.

The Court's most recent status hearing was held on November 21, 2023. At that time, counsel for the parties explained that they were pursuing a resolution of the case, and that counsel for the SEC was in the process of seeking Commission approval of that resolution.

SEC counsel now reports that on February 15, 2024, the Commission approved the proposed resolution. Pursuant to that agreement, counsel for the SEC and for Dishinger are simultaneously filing a Stipulation of Dismissal under Fed.R.Civ.P. 41(a) and a proposed Order of Dismissal. Counsel for the parties remain available if the Court has any questions or concerns.

DATED: February 16, 2024

Respectfully submitted,

                                             SECURITY AND EXCHANGE
                                             COMMISSION, Plaintiff

                                             /s/ *W. Shawn Murnahan*
                                             Counsel for Plaintiff

W. SHAWN MURNAHAN
Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia 30326
404-842-7600
murnahanw@sec.gov

                                             ANN M. DISHINGER, Defendant

                                             /s/ *Susan M. Pavlow*
                                             Attorney for Defendant

SUSAN M. PAVLOW
Attorney for Defendant
53 West Jackson Boulevard, Suite 1550
Chicago, Illinois 60604
312-322-0094
smpavlow@mac.com