# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. DISHINGER, JERROLD I. PALMER, and LAWRENCE M. PALMER,<br><br>Defendants. | Case No. 1:23-CV-2083<br><br>Hon. Matthew F. Kennelly,<br>*Judge Presiding* |

## STIPULATION OF DISMISSAL UNDER RULE 41(a) AND PROPOSED ORDER OF DISMISSAL

Plaintiff Securities and Exchange Commission and Defendant Ann M. Dishinger hereby stipulate under Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. Defendant Dishinger agrees solely for purposes of the Equal Access to Justice Act that she is not a prevailing party.

DATED: February 16, 2024

Respectfully submitted,

                                                SECURITY AND EXCHANGE
                                                COMMISSION, Plaintiff

                                                /s/ *W. Shawn Murnahan*
                                                Counsel for Plaintiff

W. SHAWN MURNAHAN
Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia 30326
404-842-7600
murnahanw@sec.gov

                                                ANN M. DISHINGER, Defendant

                                                /s/ *Susan M. Pavlow*
                                                Attorney for Defendant

SUSAN M. PAVLOW
Attorney for Defendant
53 West Jackson Boulevard, Suite 1550
Chicago, Illinois 60604
312-322-0094
smpavlow@mac.com

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

DATED: February ___, 2024

_____
HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE